UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CLAYTON HOWARD,

                         Plaintiff,

      - against -

STATE OF NEW YORK, CITY OF NEW
YORK, RICHMOND COUNTY DISTRICT
ATTORNEY'S OFFICE, DARREN
ALBANESE, GABRIELLA GIOVINAZZO,
ALVA PRENGA, COURTNEY CHASE,
MCKENZIE UPSHAW, ALBERT
CRAWFORD, and LISA THOMPSON,

                         Defendants.
-------------------------------------------------------x

**MEMORANDUM & ORDER**
24-CV-3291 (PKC) (JRC)

PAMELA K. CHEN, United States District Judge:

On May 3, 2024, Plaintiff Clayton Howard filed this action *pro se*. (*See generally* Compl., Dkt. 1.) He also filed an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). (Short Form IFP Application, Dkt. 2.) On June 11, 2024, the Court denied Plaintiff's IFP application. (6/11/2024 Mem. & Order, Dkt. 4.) The Court granted Plaintiff until July 11, 2024 to either file a Long Form IFP Application or to pay the $405 filing fee in order to proceed with this action. To date, Plaintiff has not done so.

Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully directed to enter judgment in this case and to mail a copy of this Order to Plaintiff, noting the mailing on the docket. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: July 23, 2024
       Brooklyn, New York